UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

| | |
|---|---|
| **DEBORAH LAUFER,** | : |
| Plaintiff, | : |
| v. | : |
| | : Case No: 2:20-cv-321-TLS-JEM |
| **UDEEP HOSPITALITY, LLC.,** | : |
| Defendant, | : |
| _____/ | : |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**

Plaintiff, by and through her undersigned counsel, hereby advises the Court that this case has been settled. Pursuant to the terms and conditions of the Parties' agreement, the Plaintiff voluntarily dismisses this case, with prejudice.

[CERTIFICATE OF SERVICE FOLLOWS]

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served via the Court's electronic filing system upon all parties of record on December 15, 2020. I further certify that a copy was furnished, by U.S. Mail to Udeep Hospitality, LLC., c/o Shilpabur Patel, 713 Plaza Dr., Chester IN 46304, on the same date.

*/s/Philip Michael Cullen, III*
Bar No: 167853
**PHILIP MICHAEL CULLEN, III**
**Attorney at Law – Chartered**
621 South Federal Highway, Suite Four
Fort Lauderdale, FL 33301
ph. (954) 462-0600
fax (954) 462-1717
CULLENIII@aol.com

cc: Shilpabur Patel fairbridgeindiana@gmail.com